UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of
herself and all others similarly situated

                          Civil Action No:
                          1:22-cv-7107

                Plaintiff,

-v.-
ART MONEY U.S., INC.,

                Defendants.
------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: March 22, 2023

                                                          Respectfully Submitted,

**So Ordered.**
s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 3/29/23

                                                           */s/Mark Rozenberg*
                                                           Mark Rozenberg, Esq.
                                                           **Stein Saks, PLLC**
                                                           One University Plaza
                                                           Hackensack, NJ 07601
                                                           mrozenberg@steinsakslegal.com
                                                            Tel. 201-282-6500
                                                           Fax 201-282-6501
                                                           *Attorneys for Plaintiff*